No. 91–312. SIBEN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–441. UNIROYAL, INC., ET AL. *v.* DUKE ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–481. BARIS ET AL. *v.* CALTEX PETROLEUM, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–469. PARAGOULD CABLEVISION, INC. *v.* CITY OF PARAGOULD ET AL. C. A. 8th Cir. Motions of Warner Cable Communications, Inc., National Cable Television Association, Inc., and Tele-Communications, Inc., et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 91–472. STAMEY *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 91–480. CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORP. *v.* EL CAPITAN DEVELOPMENT CO. Sup. Ct. Cal. Motions of Sheet Metal Workers Trust Funds of Southern California et al., Laborers Health and Welfare Trust Fund for Northern California et al., U. A. Local No. 467 Pension Trust Fund et al., Laborers Health and Welfare Trust Fund for Southern California et al., and California Ironworkers Field Pension Trust et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.